UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

COLUMBIANA COUNTY BOARD
OF COUNTY COMMISSIONERS,

    PLAINTIFF,

v.                              CASE NO.: 1:18-op-45045

                              Judge Dan Aaron Polster

AMERISOURCEBERGEN DRUG
CORPORATION, ET AL.,

    DEFENDANTS.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, COLUMBIANA COUNTY BOARD OF COUNTY COMMISSIONERS, by counsel, enters this voluntary dismissal, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. This case was originally filed in the United States District Court for the Southern District of Ohio. Venue is also proper in the District Court for the Northern District of Ohio which is the designated forum for MDL 2804. This case has been refiled in the Northern District of Ohio and designated Case No. 4:18-cv-00607. No answer or motion for summary judgment has been filed by Defendants, and Plaintiff's claims, therefore, against Defendants in **1:18-op-45045 DAP (S.D. Ohio)** will be dismissed without Order of the Court upon the filing of this Notice.

                              Respectfully submitted,

                              /s/ Paul T. Farrell, Jr.
                              Paul T. Farrell, Jr. (Ohio Bar No. 0070257)
                              **GREENE, KETCHUM, FARRELL,**
                                **BAILEY & TWEEL, LLP**
                              419 - 11th Street (25701)/ P.O. Box 2389
                              Huntington, West Virginia 25724-2389
                              Phone: 800.479.0053 or 304.525.9115
                              Fax:    304.529.3284
                              Email:  paul@greeneketchum.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** has been served via the Court's electronic filing system on the **23rd** day of March, 2018.

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr. (Ohio Bar No. 0070257)